PETER SERAFIN, Appellant, *v.* SARAH A. BARNUM, Respondent.

(Argued March 10, 1933; decided April 11, 1933.)

*Frank H. Hiscock, Nathan Weinberg* and *Benjamin Weiss* for appellant.

*Theodore H. Lord, Walter G. Evans* and *Alfred W. Andrews* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not voting: HUBBS, J.